UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA        )
                                )
v.                              )        NO. 3:13-00208
                                )        JUDGE CAMPBELL
ADERIUS BINGHAM                 )


ORDER


     Pending before the Court is a Motion to Substitute Counsel (Docket No. 55). The Motion

is GRANTED.

     IT IS SO ORDERED.



_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE